UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23747-Civ-WILLIAMS/TORRES

LISA GINSBURG,

    Plaintiff,

v.

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.

_____/

**REPORT AND RECOMMENDATION
ON DEFENDANT'S MOTION TO ABATE**

This matter is before the Court on Geovera Specialty Insurance Company's motion to abate this action because Lisa Ginsburg ("Plaintiff") filed her complaint prematurely and before the parties proceeded with an appraisal process as required in the underlying insurance policy. [D.E. 3]. Although no response was filed in opposition to Defendant's motion, the parties reached an agreement on October 20, 2020 [D.E. 9] that Defendant's motion should be granted in part. This agreement contemplates an abatement of this action for sixty days so that the parties can have an adequate opportunity to participate in the appraisal process. Because the parties have now reached an agreement on the relief sought and there is no longer any dispute as to the amount of time this action should be abated, Defendant's motion should be **GRANTED in part** and **DENIED in part**. This action should be

1

abated for sixty days from the date of this Report and Recommendation and the Court should reserve, for a later date, any question or dispute on Plaintiff's entitlement to fees and costs.

Pursuant to Local Magistrate Rule 4(b) and Fed. R. Civ. P. 73, the parties have fourteen (14) days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge.  Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report *and* shall bar the parties from challenging on appeal the District Judge's Order based on any unobjected-to factual or legal conclusions included in the Report.  28 U.S.C. § 636(b)(1); 11th Cir. Rule 3-1; *see, e.g., Patton v. Rowell,* 2017 WL 443634 (11th Cir. Feb. 2, 2017); *Cooley v. Commissioner of Social Security,* 2016 WL 7321208 (11th Cir. Dec. 16, 2016).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 23rd day of October, 2020.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge