UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23747-CIV-WILLIAMS

LISA GINSBURG,

    Plaintiff,

v.

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 10) on Defendant's Motion to Abate/Stay. Neither Party filed objections to the Report.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 10) is **AFFIRMED AND ADOPTED**.

2. As the agreed time of the abatement has passed, within seven (7) days from the date of this Order, the Parties shall file a joint conference report and a joint proposed scheduling order, as required by S.D. Fla. Local Rule 16.1(b). As part of that filing, the Parties shall complete and submit the form proposing deadlines attached to the Court's Order of Referral and Notice of Court Practice in Removal Cases (DE 4).

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>8th</u> day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE